**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANGELA KAPPHAHN, *individually and on behalf of a class of all others similarly situated*;

DE'AJALA LE'SHAY HARRIS, *individually and on behalf of a class of all others similarly situated*;

LASHIYA STEWART, *individually and on behalf of a class of all others similarly situated*; and

NICHOLAS REWEY,

Plaintiffs,

v.

BRIDGECREST ACCEPTANCE CORPORATION;

R.I. LIMITED LIABILITY COMPANY, *doing business as Recovery – Industry*; and

JOHN DOES FINANCE COMPANIES 1–50,

Defendants.

Civil No. 25-2409 (JRT/DLM)

**ORDER ON BRIEFING SCHEDULE**

---

The parties informed the Court that they have reached a settlement and are currently finalizing the settlement agreement and related preliminary approval materials. The Court scheduled a hearing on December 10, 2026, to address Plaintiffs' forthcoming Motion for Preliminary Approval of Class Action Settlement. To provide the parties

adequate time to finalize the settlement agreement and related material, while ensuring that the briefing for the forthcoming motion is submitted sufficiently in advance of the December 10, 2026 hearing, the Court will establish the briefing schedule proposed by the Plaintiffs in their motion to establish briefing.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion to Establish Briefing Schedule on Motion for Preliminary Approval of Class Action Settlement [Docket No. 117] is **GRANTED**.

1. Plaintiffs shall file their Unopposed Motion for Preliminary Approval of Class Action Settlement, memorandum in support, and supporting materials on or before November 12, 2026;

2. Any response to the Motion shall be filed on or before November 25, 2026; and

3. Any reply shall be filed on or before December 3, 2026.

DATED: October 14, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge